IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

UNITED STATES OF AMERICA                                                      PLAINTIFF

v.                                    Case No. 3:13-CR-30013

DERIK W. HOLLIDAY                                                              DEFENDANT

## SCHEDULING ORDER

Defendant has filed a notice of appeal to the District Court of the Judgment (Doc. 5) entered by the Magistrate in this case. Defendant seeks to appeal both his conviction and sentence.

The Court sets the following briefing schedule for the appeal:

- Appellant's brief due:         January 23, 2014

- Appellee's brief due:          Fourteen (14) days after service of Appellant's brief

- Appellant's reply brief due:   Fourteen (14) days after service of Appellee's brief

The Court prefers to render its decision on the record without the necessity of oral argument unless there is a compelling reason for the parties to be heard. Each party should indicate in their brief whether oral argument is requested.

IT IS SO ORDERED this 9th day of January, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE